# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

GENERAL ORDER 09 – 1
January 6, 2009

### *REGARDING THE E–GOVERNMENT ACT AND PERSONAL IDENTIFIERS*

In compliance with the Policy of the Judicial Conference of the United States and the E–Government Act of 2002, in all civil and criminal actions, counsel and pro se litigants shall read and comply with Local Rule 5.3 governing personal data identifiers (that is: social security numbers; dates of birth; names of minor children; and financial account numbers). These personal identifiers shall be redacted before documents, including exhibits, are filed for the public file within the CM/ECF system. Failure to comply with the Local Rule may result in sanctions (such as the striking of a pleading or the imposition of monetary penalties).

 So Ordered.


Mark L. Wolf                              Joseph L. Tauro
Chief Judge                               United States District Judge


Rya W. Zobel                              William G. Young
United States District Judge              United States District Judge


Douglas P. Woodlock                       Nathaniel M. Gorton
United States District Judge              United States District Judge


Richard G. Stearns                        Reginald C. Lindsay
United States District Judge              United States District Judge


Patti B. Saris                            Nancy Gertner
United States District Judge              United States District Judge


Michael A. Ponsor                         George A. O'Toole
United States District Judge              United States District Judge


F. Dennis Saylor IV                       Edward F. Harrington
United States District Judge               Senior United States District Judge


Morris E. Lasker
Senior United States District Judge