**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Christian Lopez, et al
        Plaintiff(s)

      v.　　　　　　　　　　CIVIL ACTION NO. 19-11215-NMG

New England Fat Loss 2, Inc.
        Defendant(s)

**ORDER OF DEFAULT**

GORTON, NATHANIEL M., U.S.D.J.

    Defendant New England Fat Loss 2, Inc. having failed to retain replacement counsel within the allotted time period, is defaulted because it is foreclosed for proceeding in this action without counsel pursuant to Local Rule 83.5.5(c).  Please see Document No. 65 entered on 6/1/2020.

                                By the Court,

Dated: 6/24/2020　　　　　　　　　　/s/ Christine M. Lima
                                              Deputy Clerk