**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DAVID GAFFIN and CHRISTIAN LOPEZ on behalf of themselves and others similarly situated, :<br><br>Plaintiffs, :<br><br>v. :<br><br>NEW ENGLAND FAT LOSS 2, INC. and DIRKS JOHNS :<br><br>Defendants. : | Case No. 1:19-cv-11215-NMG |

## NOTICE OF VOLUTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiffs file this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i) as the remaining defendants have been defaulted or failed to appear.

Dated: December 4, 2020        PLAINTIFFS,

                By:

                */s/ Anthony I. Paronich*
                Anthony I. Paronich
                Paronich Law, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, MA 02043
                (508) 221-1510
                anthony@paronichlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2020 I filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
